```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04132
    DORIS J KNIGHTEN
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

            Debtor
     SSN XXX-XX-9262


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/08/07 and confirmed on 05/18/07.

     2.  The case was dismissed after confirmation, 07/18/2008.

     3.  The Debtor paid a total of $   4400.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
NEW CENTURY MORTGAGE      CURRENT MORTG            .00            .00            .00
WELLS FARGO FINANCIAL AC  SECURED VEHIC        1827.73         102.81        1501.49
INTERNAL REVENUE SERVICE  PRIORITY             6234.25          33.58            .00
AMERICA CASH ADVANCE CEN  UNSECURED          NOT FILED            .00            .00
CACH LLC                  UNSECURED             336.03            .00            .00
PREMIER BANKCARD/CHARTER  UNSECURED             223.02            .00            .00
HSBC                      UNSECURED          NOT FILED            .00            .00
MERRICK BANK              UNSECURED          NOT FILED            .00            .00
PAYDAY LOAN STORE         UNSECURED          NOT FILED            .00            .00
PROVIDIAN BANK            UNSECURED          NOT FILED            .00            .00
PROVIDIAN BANK            UNSECURED          NOT FILED            .00            .00
WORLD FINANCIAL NETWORK   UNSECURED             425.42            .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT          84.00            .00          84.00
NEW CENTURY MORTGAGE      MORTGAGE ARRE           .00            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED            1383.59            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED             596.59            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 1827.73       6318.25      2964.65          .00      11110.63
PRINCIPAL PAID     1501.49         84.00          .00          .00       1585.49
INTEREST PAID       102.81         33.58          .00          .00        136.39
TOTAL PAID         1604.30        117.58          .00          .00       1721.88
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   2500.00
and was paid $   2500.00 .

The Trustee received $    178.12 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE